# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERA KINARD,<br><br>    Defendant. | No. 2:14-CR-024-RMP-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |

Before the Court is Defendant Tera Kinard's Motion to Modify Conditions of Pretrial Release. Pretrial Services does not object to the request; the United States does not object, as long as the request is approved by Pretrial Services.

For good cause shown, Ms. Kinard's Motion, **ECF No. 42,** is **GRANTED**.

Ms. Kinard is permitted to change her residence to that of her grandmother, as described in her Motion to Modify, *provided* that Pretrial Services is provided Defendant's updated address and contact information, and is granted access to the residence if necessary. All other terms and conditions of Defendant's pretrial release not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 4, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1